[Civil No. 684.]

## THE ANGLO-AMERICAN CANAIGRE COMPANY, a Corporation, Appellant, v. S. TANAKA, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

No appearance for Appellant.

Joseph H. Kibbey, Attorney for Appellee.

January 19, 1899. Affirmed.

---

[Civil No. 685.]

## THE ANGLO-AMERICAN CANAIGRE COMPANY, a Corporation, Appellant, v. H. IMATO, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

No appearance for Appellant.

Joseph H. Kibbey, Attorney for Appellee.

January 19, 1899. Affirmed.

---

[Civil No. 686.]

## THE ANGLO-AMERICAN CANAIGRE COMPANY, Appellant, v. H. EGI, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

No appearance for Appellant.

Joseph H. Kibbey, Attorney for Appellee.

January 19, 1899. Affirmed.